UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KEYBANC CAPITAL MARKETS INC.,

                Plaintiff,

                                                    25-cv-579 (PKC)

      -against-                                    ORDER

NOVEL ENERGY SOLUTIONS, LLC,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Initial Pretrial Conference held on 4/7/2025. The next Case Management Conference is scheduled for September 3, 2025 at 11:00 am in Courtroom 11D.

       SO ORDERED.

                                                          P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
         April 7, 2025