Docusign Envelope ID: 69DDAC73-26D6-4F20-94BE-DB798DFC1B84

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEYBANC CAPITAL MARKETS INC., <br><br> Plaintiff, <br><br> -against- <br><br> NOVEL ENERGY SOLUTIONS, LLC, <br><br> Defendant. | Civ. No. 1:25-cv-00579 <br><br><br> [PROPOSED] <br> **CONSENT JUDGMENT** |

WHEREAS, on January 21, 2025, plaintiff KeyBanc Capital Markets Inc. ("Plaintiff")

commenced this action against defendant Novel Energy Solutions, LLC ("Defendant");

WHEREAS, on March 14, 2025, Defendant filed an Answer with Counterclaims;

WHEREAS, the parties have informed the Court that they have agreed to finally resolve

the claims and counterclaims of the parties in this litigation, without admission of any facts or

liability of any kind, pursuant to a Settlement Agreement, *at ECF 48-1,* ~~attached hereto as Exhibit A~~, in

accordance with which they have stipulated to entry of final judgment against Defendant in the

amount of $1,471,285.00;

WHEREAS, the parties agreed to entry of a Consent Judgment as set forth below;

NOW, THEREFORE, UPON THE CONSENT OF THE PARTIES, IT IS HEREBY

ORDERED, ADJUDGED AND DECREED:

1.      The Clerk of the Court is directed to enter final judgment for Plaintiff and against

Defendant in the total amount of $1,471,285.00, along with post-judgment interest accruing on the

principal amount ($1,471,285.00) in accordance with 28 U.S.C. §1961.

2.      Each party shall bear its own fees and costs in this action.

3.      Entry of this Consent Judgment is binding and resolves this action.

Docusign Envelope ID: 69DDAG73-26D6-4F26-84BE-BD798DFC4D84

4.      The parties will not attack the validity or enforceability of this Consent Judgment and agree not to appeal this Consent Judgment, except on the grounds that no payment default exists.

5.      The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Settlement Agreement.

IT IS SO ORDERED.

New York, New York

Dated: _January 28, 2026_

_____

Hon. P. KEVIN CASTEL, U.S.D.J.

The foregoing Consent Judgment has been agreed, stipulated, and consented to by the parties.

**CONSENTED TO BY:**

KEYBANC CAPITAL MARKETS INC.

By: _____
Emily J. Mathieu
THOMPSON HINE LLP
300 Madison Avenue, 27th Floor
New York, New York 10017
T: (212) 344-5680
Emily.Mathieu@ThompsonHine.com
*Attorneys for Plaintiff*

NOVEL ENERGY SOLUTIONS, LLC

By: _____
Brian C. Dunning
DUNNING VALLEJO & MACDONALD LLP
1350 Broadway, Suite 2220
New York, New York 10018
T: (646) 873-7522
bdunning@dvmlaw.com
*Attorneys for Defendant*

By: _____
Nadav Lev
General Counsel

By: _____
Cliff Kaehler
Chief Executive Officer